UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

KENNETH G. MONTGOMERY,

Petitioner,

v.

T.C. PETERSON, Warden,

Respondent.

Civil No. 00-2435 (DWF/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that his sentence is unconstitutional in light of the Supreme Court's decision in Apprendi v. New Jersey, 120 S.Ct. 2348 (2000).

The Respondent is directed to make a return in writing within 30 days from the date of this order showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and constitutionality of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter; and

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other materials that may be germane to the issues presented in the petition.

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respondent's return also should specifically address the issue of whether Petitioner's present claims for relief can properly be raised and entertained in an action brought under 28 U.S.C. § 2241.

Absent compliance with this order within the 30-day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: November 2, 2000

E.S. SWEARINGEN,
United States Magistrate Judge