ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2435 (DWF/ESS)

| | | |
|---|---|---|
| KENNETH G. MONTGOMERY, Petitioner, | ) | |
| v. | ) | ORDER |
| T. C. PETERSON, WARDEN, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until December 14, 2000 to prepare and submit its return to the Petition.

Dated: Dec. 6, 2000

E.S. SWEARINGEN,
United States Magistrate Judge

DEC 06 2000