# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kenneth G. Montgomery

Plaintiff

v.

T.C. Peterson,

Defendants

Case No. Civil 00-2435 DWF/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed. Petitioner's request for an expedited ruling is denied as moot.

DATE: September 28, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk